IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01369-WYD-BNB

JEFFREY D. WIGTON, by and through Steven C. Wigton his conservator,

Plaintiff,

v.

ALLSTATE INSURANCE COMPANY, and
ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,

Defendants.
_____

## ORDER
_____

This matter arises on the **Unopposed Motion to Amend Complaint** [Doc. # 18, filed 8/5/2009] (the "Motion to Amend"). Also pending is the **Motion to Dismiss Allstate Insurance Company and the Claim for Exemplary Damages** [Doc. # 14, filed 7/20/2009] (the "Motion to Dismiss"). The Motion to Amend is filed to cure the deficiencies identified in the Motion to Dismiss.

IT IS ORDERED that the Motion to Amend is GRANTED. The Clerk of the Court is directed to accept for filing the Amended Complaint and Jury Demand [Doc. # 18-2].

IT IS FURTHER ORDERED that the Motion to Dismiss is DENIED as moot.

Dated August 17, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge