IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-01369-WYD-BNB

JEFFREY D. WIGTON, by and through STEVEN C. WIGTON, his conservator,

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY; and
ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,

    Defendants.

**ORDER**

THIS MATTER is before the Court on the Stipulated Motion For Dismissal With Prejudice (docket #32), filed November 13, 2009.  After a careful review of the file, the Court has concluded that pursuant to Fed. R. Civ. P. 41(a), the motion should be granted and this matter should be **DISMISSED WITH PREJUDICE**.  Accordingly, it is

ORDERED that the Stipulated Motion For Dismissal With Prejudice (docket #32) is **GRANTED**, and this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney's fees and costs.

Dated:  November 13, 2009

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Chief United States District Judge